For the appellant there were briefs by *R. W. Lueck* of Watertown, city attorney, and *Olin & Butler* of Madison of counsel, and oral argument by *R. M. Rieser* of Madison.

*W. N. Powers* of Beaver Dam, for the respondents.

The following opinion was filed June 12, 1931:

NELSON, J.   This case is ruled by the decision announced this day in *Christoph v. City of Chilton, ante,* p. 418, 237 N. W. 134, wherein it is held that sec. 62.075, Stats., as enacted by ch. 353 of the Laws of 1929, is unconstitutional, void, and of no effect.

*By the Court.*—The judgment of the circuit court for Dodge county is reversed, with directions to dismiss the petition.

OWEN, FRITZ, and WICKHEM, JJ., dissent.

A motion for a rehearing was denied, without costs, on October 13, 1931.

COOGAN and others, Respondents, vs. CITY OF WATERTOWN, Appellant.

*May 12—October 13, 1931.*

For the appellant there was a brief by *R. W. Lueck* of Watertown, city attorney, and *Olin & Butler* of Madison of counsel, and oral argument by *R. M. Rieser* of Madison.

*W. N. Powers* of Beaver Dam, for the respondents.

The following opinion was filed June 12, 1931:

NELSON, J. This case is ruled by the decision announced this day in *Christoph v. City of Chilton, ante,* p. 418, 237 N. W. 134, wherein it is held that sec. 62.075, Stats., as enacted by ch. 353 of the Laws of 1929, is unconstitutional, void, and of no effect.

*By the Court.*—The judgment of the circuit court for Dodge county is reversed, with directions to dismiss the petition.

OWEN, FRITZ, and WICKHEM, JJ., dissent.

A motion for a rehearing was denied, without costs, on October 13, 1931.

BRECKENRIDGE and others, Respondents, vs. CITY OF WATERTOWN, Appellant.

*May 12—October 13, 1931.*